GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
Arizona State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 22-02651-RM-JR |
|---|---|
| Plaintiff, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| vs. | |
| Carol Louis Rice, | |
| Defendant. | |

The United States of America, through its attorneys, respectfully submits its sentencing memorandum in the above-captioned matter.  The sentencing hearing is currently scheduled for May 29, 2024.

**Presentence Report Calculations**

The presentence report (PSR) identifies a total offense level of 23 and a criminal history category I for the defendant resulting in a sentencing guideline range of 46 to 57 months. The government agrees with these calculations. Under the plea agreement, the defendant's sentence cannot exceed the bottom of the applicable guideline range. Further the United States will not oppose the defendant's request for probation.

**Sentencing Factors**

Title 18 U.S.C. § 3553(a) states that when imposing a sentence, a court shall

consider "the nature and circumstances of the offense and the history and characteristics of the defendant." The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. §3553(a)(2). The sentence shall also consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

The defendant, a 61-year-old woman, has no criminal history, no substance abuse issues, no mental health issues, and is employed. She has been on PTS supervision since December of 2022 and has not had any issues. Since her arrest she has been compliant, cooperative, and productive.

The defendant is before the Court after pleading guilty to smuggling goods out of the United States, specifically a silencer, in September of 2019. As a part of the online business her partner Betram Hall ran, she shipped a firearm silencer to a person in Canada. Less than a week before she shipped the silencer, Hall, her partner of more than 30 years, and the one who ran and directed the business, died from a stroke.

As a child the defendant was abused by her first stepfather as detailed in paragraph 49 of the PSR. At the age of 21, the defendant married a man 16 years her senior. The defendant's husband was physically abusive to the defendant throughout their marriage. After the defendant had her daughter, her husband denied paternity. They were later divorced. He then abandoned his daughter and was not a part of her life or financially supportive.

The defendant then began a 34-year relationship with Hall. Hall was verbally and physically abusive. He also controlled all of the finances, leaving the defendant dependent on him. After he died, she had no savings. So, she continued the business of selling silencers until the end of July 2020.[1]

---

[1] She he was not indicted until 2022.

After stopping her illegal activity, the defendant moved to the Phoenix area to be closer to her mother and second stepfather. Rice helps take care of her 82-year-old mother who has dementia and issues walking. The defendant is also helping to financially support her daughter and grandchildren by paying their monthly lease.

The defendant is employed fulltime and has a small crafting business she is trying to make successful. She is living within her means and able to support herself between her job income and Social Security Disability. She continues to support her daughter and grandchildren even if it means a lean month for her personally.

The defendant is on disability because of her knees, both of which she has had to have replaced. She also has chronic numbness in one of her legs. She is deaf in one ear and hearing impaired in the other. Some of her hearing loss is likely the result of the abuse she suffered as a child and an adult.

The defendant's actions that led to indictment were undoubtedly criminal and posed a risk to the community by providing illegal firearm silencers to people. She engaged in this, along with Hall, for years. She also continued the activity after Hall died. However, she stopped engaging in the activity more than a year before being indicted and has been law abiding since July of 2020. For the last four years she has worked, financially supported family members, helped her aging parents, and done everything that has been asked of her by this Court and PTS.

Given her demonstrated commitment to being law-abiding since July of 2020, and her performance on pretrial supervision, a term of imprisonment is not warranted.

//

//

//

- 3 -

**Recommendation**

The United States agrees respectfully requests that the Court impose a sentence of probation. Such a sentence would be consistent with § 3553(a) factors. In the event that the defendant violates probation, the Court will be able to sentence her to imprisonment.

Respectfully submitted this 22nd day of May, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Sarah B. Houston*

SARAH B. HOUSTON
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 22nd day of May, 2024, to:

All ECF Participants

- 4 -